1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SHEET    )    NO. C 07 1507 BZ
   METAL WORKERS, et al.             )
12                                   )
                    Plaintiff,       )
13                                   )    ORDER TO CONTINUE CASE
                                     )    MANAGEMENT CONFERENCE
14        vs.                        )
                                     )
15 VPM, INC., etc.                   )
                                     )
16                  Defendant.       )
   _____)
17

18        IT IS ORDERED that the Case Management Conference in this

19 case originally set for June 25, 2007 continued to August 27, 2007 at

20 4:00 p.m. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San

21 Francisco, CA.

22 Dated:   June 15, 2007           _____
                                      Honorable Bernard Zimmerman
23

24

25

26

27

28

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE